UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE SANIN, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No: 5:20-cv-01868-SVW-SP<br>Dist. Judge: Stephen V. Wilson<br>Mag. Judge: Sheri Pym<br>Courtroom: 10A<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER DATED JANUARY 6, 2021** |

　　FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: January 8, 2021　　　　　_____
　　　　　　　　　　　　　　　　SHERI PYM
　　　　　　　　　　　　　　　　United States Magistrate Judge

1

**STIPULATED PROTECTIVE ORDER**